1  ARNOLD & PORTER LLP
   LAURENCE J. HUTT (State Bar No. 066269)
2  Laurence_Hutt@aporter.com
   JAMES J. FINSTEN (State Bar No. 234999)
3  James_Finsten@aporter.com
   777 South Figueroa Street, 44th Floor
4  Los Angeles, California 90017-5844
   Telephone: (213) 243-4000
5  Facsimile: (213) 243-4199

6  Of Counsel:

7  ARNOLD & PORTER LLP
   HOWARD N. CAYNE
8  Howard_Cayne@aporter.com
9  555 Twelfth Street, NW
   Washington, DC 20004-1206
10 Telephone: (202) 942-5000
   Facsimile: (202) 942-5999
11

12 Attorneys for Defendant
   Bank of America Corporation
13

14

15                UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17

18 JOSEPH JAMES SARASUA,              )  Case No. C07-4375 WDB
                                       )
19              Plaintiff,             )
                                       )  CERTIFICATE OF COMPLIANCE WITH
20      v.                             )  REQUIREMENT TO GIVE NOTICE OF
                                       )  REMOVAL
21                                     )
   BANK OF AMERICA CORPORATION and )
22 DOES 1 through 5, Inclusive,        )
                                       )
23              Defendant.             )
                                       )
24 _____

25

26

27

28

442226_1.DOC

CERTIFICATE OF COMPLIANCE WITH REQUIREMENT TO GIVE NOTICE OF REMOVAL

1   The undersigned, attorneys of record for Defendant BANK OF AMERICA
2   CORPORATION certify that, in compliance with 28 U.S.C. Section 1446(d), a copy of the Notice
3   of Removal of this action was filed with the Clerk of the Superior Court of the State of California
4   for the County of San Mateo. This filing occurred on August 24, 2007.

5   The undersigned further certify that, in compliance with the requirements of 28 U.S.C.
6   Section 1446(d), written notice of the removal was also served on all adverse parties in this action,
7   along with a copy of the Notice of Removal filed in this Court. Service of the notice was made on
8   August 24, 2007, directed to Pro Per Plaintiff Joseph James Sarasua by United States Mail.

10  DATED: August 24, 2007

                    ARNOLD & PORTER LLP
                    LAURENCE J. HUTT
                    JAMES J. FINSTEN


                    By: /s/ Laurence J. Hutt
                        LAURENCE J. HUTT
                        Attorneys for Defendant
                        Bank of America Corporation

- 2 -

CERTIFICATE OF COMPLIANCE WITH REQUIREMENT TO GIVE NOTICE OF REMOVAL