1  ARNOLD & PORTER LLP
   LAURENCE J. HUTT (State Bar No. 066269)
2  Laurence_Hutt@aporter.com
   JAMES J. FINSTEN (State Bar No. 234999)
3  James_Finsten@aporter.com
   777 South Figueroa Street, 44th Floor
4  Los Angeles, California  90017-5844
   Telephone:  (213) 243-4000
5  Facsimile:  (213) 243-4199

6  Of Counsel:

7  ARNOLD & PORTER LLP
   HOWARD N. CAYNE
8  Howard_Cayne@aporter.com
9  555 Twelfth Street, NW
   Washington, DC 20004-1206
10 Telephone:  (202) 942-5000
   Facsimile:  (202) 942-5999
11

12 Attorneys for Defendant
   Bank of America Corporation
13

14

15               UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17

18 JOSEPH JAMES SARASUA,            )   Case No. C07-4375 WDB
19                                  )
            Plaintiff,               )   PROOF OF SERVICE
20                                  )
      v.                             )
21                                  )
   BANK OF AMERICA CORPORATION and )
22 DOES 1 through 5, Inclusive,      )
                                    )
23          Defendant.              )
                                    )
24 _____

25

26

27

28

442419_1.DOC

PROOF OF SERVICE

**PROOF OF SERVICE**

STATE OF CALIFORNIA    )
                       ) ss
COUNTY OF LOS ANGELES  )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 777 South Figueroa Street, 44th Floor, Los Angeles, California 90017-5844.

On August 24, 2007, I served the foregoing document described as: NOTICE TO PLAINTIFF OF REMOVAL OF ACTION TO FEDERAL COURT

☐ by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

☒ by placing ☐ the original and ☐ a true copy thereof enclosed in sealed envelope(s) addressed as follows: Pro Per Joseph James Sarasua, 740 Serena Drive. Pacifica, CA 94044

☒ **BY MAIL** I placed such envelope with postage thereon prepaid in the United States Mail at 777 South Figueroa Street, 44th Floor, Los Angeles, California 90017-5844. Executed on August 24, 2007 at Los Angeles, California.

☐ **BY PERSONAL SERVICE** I caused such envelope to be delivered by hand to the office of the addressee. Executed on         at Los Angeles, California.

☐ **BY FACSIMILE** The above-referenced document (together with all exhibits and attachments thereto) was transmitted via facsimile transmission to the addressee(s) as indicated on the attached mailing list on the date thereof. The transmission was reported as completed and without error. Executed on         at Los Angeles, California.

☐ **BY FEDERAL EXPRESS** I am readily familiar with Arnold & Porter LLP's business practices of collecting and processing items for pickup and next business day delivery by Federal Express. Under said practices, items to be delivered the next business day are either picked up by Federal Express or deposited in a box or other facility regularly maintained by Federal Express in the ordinary course of business on that same day with the cost thereof billed to Arnold & Porter LLP's account. I placed such sealed envelope for delivery by Federal Express to the offices of the addressee(s) as indicated on the attached mailing list on the date hereof following ordinary business practices. Executed on         at Los Angeles, California.

☒ **STATE** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☐ **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____                    _____
Stacie James                                  Signature

Proof of Service