JOSEPH JAMES SARASUA, in pro per
740 Serena Drive
Pacifica, CA 94044
(650) 359-3525

Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH JAMES SARASUA, | Case No. C 07-4375 WDB |
| Plaintiff, | NOTICE OF DISMISSAL WITH PREJUDICE [FRCP 41(a)(1)] |
| v. | |
| BANK OF AMERICA CORPORATION and DOES 1 through 5, Inclusive, | |
| Defendant. | |

Pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff JOSEPH JAMES SARASUA, in *pro per*, having resolved this matter with Defendant and Defendant having not yet served or filed an Answer or a Motion for Summary Judgment in this action, hereby dismisses this action in its entirety and with prejudice, each side to bear its own attorneys' fees and costs of suit.

DATED: 8/24/07

*[signature]*
JOSEPH JAMES SARASUA
Plaintiff, in *pro per*

Sarasua__Notice_of_Dismissal[1].doc

NOTICE OF DISMISSAL WITH PREJUDICE [FRCP 41(a)(1)]