| | |
|---|---|
| 1 | ARNOLD & PORTER LLP |
| 2 | LAURENCE J. HUTT (State Bar No. 066269)<br>Laurence_Hutt@aporter.com |
| 3 | JAMES J. FINSTEN (State Bar No. 234999)<br>James_Finsten@aporter.com |
| 4 | 777 South Figueroa Street, 44th Floor<br>Los Angeles, California  90017-5844 |
| 5 | Telephone:  (213) 243-4000<br>Facsimile:  (213) 243-4199 |
| 6 | Of Counsel: |
| 7 | ARNOLD & PORTER LLP |
| 8 | HOWARD N. CAYNE<br>Howard_Cayne@aporter.com |
| 9 | 555 Twelfth Street, NW<br>Washington, DC 20004-1206 |
| 10 | Telephone:  (202) 942-5000 |
| 11 | Facsimile:  (202) 942-5999 |
| 12 | |
| 13 | Attorneys for Defendant<br>Bank of America Corporation |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH JAMES SARASUA,                    ) | Case No. C07-4375 WDB |
|              Plaintiff,             ) | CERTIFICATE OF SERVICE |
|        v.                            ) | |
| BANK OF AMERICA CORPORATION and ) <br> DOES 1 through 5, Inclusive,          ) | |
|              Defendant.             ) | |

442941_1.DOC

CERTIFICATE OF SERVICE

1 | I, Stacie L. James, hereby certify that on this 31st day of August, 2007, a true and correct copy of the foregoing **NOTICE OF DISMISSAL WITH PREJUDICE** was served by United States Mail, first-class, postage prepaid, to all counsel at the addresses listed below.

_____
Stacie L. James

Joseph James Sarasua., in Pro Per
740 Serena Drive
Pacifica, CA 94044

CERTIFICATE OF SERVICE